IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3004 |
| vs. | |
| OMARI MANUEL, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 259). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 259) is granted.

2. The indictment is dismissed as to defendant Omari Manuel.

Dated this 26th day of September, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge